ACCEPTED
04-14-00682-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/6/2015 3:54:05 PM
KEITH HOTTLE
CLERK

NO. 04-14-00682-CR

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/6/2015 3:54:05 PM
KEITH E. HOTTLE
Clerk

BENITO GARZA

VS

THE STATE OF TEXAS

IN THE COURT OF APPEALS

FOURTH SUPREME JUDICIAL DISTRICT

SAN ANTONIO, TEXAS

MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Appellant BENITO GARZA, by and through his undersigned attorney, and respectfully requests that this Honorable Court allow him an extension of time for a period of sixty (60) days in which to file the Appellant's brief. The Appellant makes this request under Rule 10.5(b) of the Texas Rules of Appellate Procedure, and shows the following in support of said motion:

I

The Reporter's record in this cause was filed on November 21, 2014. The Clerk's supplemental record in this cause was filed on November 12, 2014. Appellant's brief is due no later than December 11, 2014. This is Appellant's first motion for extension of time.

II

The Appellant is currently in custody. He was charged with the offense of murder in the 187th Judicial District Court in cause No. 2013-CR-9168 and was assessed sixty (60) years imprisonment on September 26, 2014.

III

This is the first extension requested by the Appellant. The request for more time is being made not for the purposes of delay but rather so that justice may be done. Counsel did receive notice that the Clerk's Record was filed on November 12, 2014 via United States Postal Mail and email. Unfortunately, counsel searched his email and postal mail but could not locate any notice that the Reporter's Record had been filed. The failure to file the brief was not intentional but rather based on the belief that the Reporter's Record had not been filed in the Court of Appeals. Counsel is now in full possession of the entire appellate record.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully requests that this Court grant an extension of sixty (60) days for the Appellant to file his Brief in this cause.

Respectfully submitted,

CAMPION & CAMPION

ALEX J. SCHARFF
State Bar No. 17727350
222 E. Main Plaza
San Antonio, Texas 78205
Telephone No. 210/227-5161
Telecopier No. 210/229-1243
alexjoss@yahoo.com
cindy@campionlawfirm.com

ATTORNEY FOR APPELLANT

THE STATE OF TEXAS

COUNTY OF BEXAR

BEFORE ME, the undersigned authority, on this day personally appeared ALEX J. SCHARFF, and after being duly sworn did depose and state:

"My name is ALEX J. SCHARFF. I am the attorney of record for Appellant in the foregoing Motion. I have read the foregoing Motion to which this affidavit is attached and the allegations contained therein are true and correct."

WITNESS my signature this _____ day of January, 2015.

_____
ALEX J. SCHARFF

SUBSCRIBED AND SWORN to before me on this ___ day of January, 2015.

CINDY MERRYMAN
My Commission Expires
February 14, 2018

_____
Notary Public in and for
the State of Texas
My commission expires: 2-14-18

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion has on this 6th day of January, 2015, has been delivered to the District Attorney's Office, Bexar County, San Antonio, Texas.

_____
ALEX J. SCHARFF

NO. 04-14-00682-CR

---

BENITO GARZA

VS.

STATE OF TEXAS

---

IN THE COURT OF APPEALS

FOURTH SUPREME JUDICIAL DISTRICT

SAN ANTONIO, TEXAS

---

ORDER

On this day came to be heard the Appellant's Motion for Extension of Time to File

Brief. It is the opinion of this Court that the Motion should be GRANTED/DENIED.

So ordered on this the _____ day of _____, 2015.


_____
PRESIDING JUDGE